**UNPUBLISHED**

**UNITED STATES COURT OF APPEALS**

**FOR THE FOURTH CIRCUIT**

UNITED STATES OF AMERICA,
Plaintiff-Appellee,

v.                                                                                   No. 97-7273

JAMES M. HALL, JR.,
Defendant-Appellant.

Appeal from the United States District Court
for the Eastern District of Virginia, at Richmond.
James R. Spencer, District Judge.
(CR-90-9, CA-97-309-3)

Submitted: July 31, 1998

Decided: September 16, 1998

Before MURNAGHAN and NIEMEYER, Circuit Judges, and
HALL, Senior Circuit Judge.

_____

Vacated and remanded by unpublished per curiam opinion.

_____

**COUNSEL**

James M. Hall, Jr., Appellant Pro Se. Stephen Wiley Miller, OFFICE
OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See
Local Rule 36(c).

**OPINION**

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). Appellant's conviction became final on December 2, 1991. On April 29, 1997, Appellant filed a § 2255 motion. The district court denied relief because Appellant filed his motion outside the one-year limitation period imposed by § 2255. Pursuant to our recent decision in <u>Brown v. Angelone</u>, ___ F.3d #6D6D 6D#, Nos. 96-7173, 96-7208, 1998 WL 389030 (4th Cir. July 14, 1998), Appellant had until April 23, 1997, in which to file a timely motion. Because Appellant signed his § 2255 motion on April 23, 1997, he may have given it to prison officials by that date. Accordingly, we remand for the district court to determine when Appellant delivered his § 2255 motion to prison officials for mailing under <u>Houston v. Lack</u>, 487 U.S. 266 (1988). If the court determines that the § 2255 motion was filed under <u>Houston</u> before April 24, 1997, then we instruct the court to consider the § 2255 motion on the merits under <u>Brown v. Angelone</u>. Accordingly, we grant a certificate of appealability, vacate the district court's order, and remand this case for consideration consistent with this opinion. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>VACATED AND REMANDED</u>